UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
AT LOUISVILLE
CIVIL ACTION NO. 3:08CV-P583-S

JA-RON TEAGUE                                                                                               PLAINTIFF

v.

COMMONWEALTH OF KENTUCKY *et al.*                                           DEFENDANTS

### ORDER

For the reasons set forth in the Memorandum Opinion entered this date, and being otherwise sufficiently advised, **IT IS ORDERED** that this action is hereby **DISMISSED.**

All pending motions are **DENIED as moot.**

The Court further **certifies** that an appeal of this action would not be taken in good faith.

Date:

cc:     Plaintiff, *pro se*

4411.008